1

2

3

4

5

6

7        **IN THE UNITED STATES DISTRICT COURT FOR THE**

8              **EASTERN DISTRICT OF CALIFORNIA**

9

10   **JOHN GUAY and**                    )        **1:00-CV-5046 AWI JFM**
     **ARNOLD LEONARD,**                  )
11                                        )        **ORDER DIRECTING THE**
                      **Plaintiffs,**     )        **CLERK OF THE COURT TO**
12        **v.**                          )        **ADMINISTRATIVELY CLOSE**
                                          )        **THIS ACTION**
13   **RON COSTA, VIC SHADA, JR.,**       )
     **TERRY SMITH, TRUSTEES OF THE**     )
14   **TEAMSTERS MISC. EMPLOYEES**        )
     **HEALTH AND WELFARE TRUST**         )
15   **FUND, PATRICK MCLAUGHLIN,**        )
     **MCLAUGHLIN AND ASSOC.,**           )
16   **AND CLAIM BENEFIT**                )
     **ADMINISTRATORS INC.,**             )
17                                        )
                      **Defendants**      )
18   _____ )

19

20        This case is brought under ERISA, and has been related to several other cases, including

21   Express Scripts Inc v. Teamsters Miscellaneous Employees Health and Welfare Trust Fund,

22   2:99-CV-00176-LKK-JFM and Chao v. Shada, et al., 2:00-CV-0583 LKK JFM, for which a

23   global settlement is being reached.[1]

24        This case has been pending for eight years.   No motion or other document has been filed

25   in this case for three years.   A civil case can be reported as statistically closed prior to the actual

26   disposition of the case if three criteria are met: (1) the case is three years old; (2) no action has

27

28   _____
         [1]  A consent judgment has been entered in Chao v. Shada, et al., 2:00-CV-0583 LKK
     JFM, which may have resolved some of the claims in this action.

occurred in the past 12 months; and (3) all presently contemplated proceedings have been completed.   The court finds that this case meets these criteria, and the case should be administratively closed.

Accordingly, the Clerk of the Court is DIRECTED to administratively close this case.

IT IS SO ORDERED.

**Dated:   April 8, 2008**                     _____/s/ Anthony W. Ishii_____
                                               UNITED STATES DISTRICT JUDGE

2